1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

10

SOUTHERN DISTRICT OF CALIFORNIA

11

12  TRIPPLE AAA ASSOCIATION FOR        )   Case No. 07cv1297 JM(AJB)
    CHILDREN AND ADULTS WITH           )
13  DEVELOMENTAL DISABILITEIS SUING    )
    ON BEHALF OF ITS MEMEBERS AND      )   ORDER ON JOINT MOTION FOR
14  LISSA DOE,                         )   LEAVE TO FILE FIRST AMENDED
                                       )   ANSWER [Docket No. 5]
15                     Plaintiff,      )
                                       )
16  v.                                 )
                                       )
17  NORTH COAST MEDICAL PHARMACY;      )
    NORTH COAST HEALTH CENTER, LLC     )
    and DOES 1 through 10, inclusive,  )
18                                     )
                       Defendants.     )
19  _____   )

20        Upon the stipulation of the parties and for good cause being shown, the Joint Motion and

21  Stipulation for Leave to File an Amended Answer [Docket No. 5] is GRANTED. Exhibit "A" [Docket

22  No. 5-2] is hereby deemed filed and served.

23        IT IS SO ORDERED.

24  DATED:  October 29, 2007

25                                           _____
                                             Hon. Jeffrey T. Miller
26                                           United States District Judge

27

28